UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

United States of America,
                                            Plaintiff,
vs.

Laura Kay Sawyer,
                                            Defendant(s).

Case No.: 21-mj-00549-SH
Date: 8/13/2021
Court Time: 2:36pm-2:55pm

**MINUTE SHEET – DETENTION AND/OR PRELIMINARY HEARING**

Jodi F. Jayne, U.S. Magistrate Judge      S. Cope, Deputy Clerk      Magistrate Courtroom 1

Interpreter: _____  ☐ Sworn
Counsel for Plaintiff: David Nasar
Counsel for Defendant: Stephen G Layman      Appt.
Case called for:   ☒ Detention Hearing,   ☒ Preliminary Hearing;
☒ Defendant appears in custody with counsel; *by video*
Defendant waives:   ☐ Preliminary Hearing   ☒ Detention Hearing, waiver(s) executed;
☐ Government withdraws their Motion for Detention # _____;
☐ Defense counsel stipulates there is probable cause;
☐ Proffer(s) made;
☐ Witness(es) sworn and testimony given;
☐ Arguments heard;
☐ Court Finds Probable Cause;
Motion for Detention (Dkt # 6 ):  ☐ granted,  ☐ denied,  ☒ moot;
☐ Court finds there are conditions which defendant can be released; Defendant ordered released;
☐ Bond set at _____ Bond and Conditions of Release executed;
☒ Defendant detained and remanded to custody of U.S. Marshal,   ☐ Detention Order to be entered;
☐ Exhibit(s) returned to counsel.

Additional Minutes: *Preliminary hearing continued to 8/16/21 @ 11:00am in person*

Government's Witnesses:                    Defendant's Witnesses:

Government's Exhibits:                      Defendant's Exhibits:

Detention Hearing and/or Preliminary Hearing                                   (8/2021)