# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br>vs.<br><br>Laura Kay Sawyer,<br><br>Defendant(s). | Case No.: 21-cr-00356-CVE-2<br>Date: 3/18/2022<br>Court Time: 9:24 a.m. to 9:35 a.m.<br><br>**MINUTE SHEET - SENTENCING** |

Claire V. Eagan, U.S. District Judge     C. Butler, Deputy Clerk     Greg Bloxom, Reporter

Counsel for Plaintiff: David Nasar     Counsel for Defendant: Stephen G. Layman, Appt.
Probation Officer: Ben Ciranowicz     Interpreter: _____ ☐ sworn; ☐ N/A

☒ Defendant appears in person with counsel    ☐ Counsel waived    ☐ Evidentiary
☒ Plaintiff & Defendant reviewed PSI:   ☒ Objs by:   ☐ Pltf   ☒ Deft**   ☐ No Objs;   ☒ Court adopts/accepts
☒ 18:3553 Findings re: PSI/Sentence made;    ☒ Findings re: Plea Agreement Accepted
☒ Sentence re: Guideline; ☒ Findings made; ☒ Departure: ☐ Variance: ☐ Upward ☒ Downward
☐ Victim present and heard; ☐ Victim present ☐ Victim not present
☒ Defendant and counsel asked if they care to say anything before sentence is pronounced, and no cause to the contrary being shown
☒ Motion [Dkt. 87]: ☒ Granted ☐ Denied ☐ Granted/Denied in part ☐ Moot
☐ Motion [Dkt. ___]: ☐ Granted ☐ Denied ☐ Granted/Denied in part ☐ Moot

**SENTENCE: As to Count(s)** 6 **of the Indictment** :

☐ Bureau of Prison for a term of _____ ☐ Concurrent ☐ Consecutive ☐ Not Imposed
☒ Probation for a term of 5 years ☐ Concurrent ☐ Consecutive ☐ Not Eligible
☐ Supervised Release for term of _____ ☐ Concurrent ☐ Consecutive ☐ Not Imposed
☐ Fine: $_____ ☐ With Interest ☐ Interest Waived ☒ Not Imposed
☐ Restitution: $_____ ☐ With Interest ☐ Interest Waived ☐ Not Applicable
☒ Special Monetary Assessment $100 ☒ Due Immediately ☐ As Directed
☐ JVTA Assessment (18 USC 3014) $_____ ☐ Waived-Defendant found indigent ☐ Not Applicable
☐ AVAA Assessment (18 USC 2259) $_____ ☐ Waived-Defendant found indigent ☐ Not Applicable
☒ Order of Forfeiture [Dkt. 57]: is hereby incorporated into the Judgment by reference

**STANDARD CONDITIONS as previously adopted by this court including the following additional conditions:**

☒ Firearm, Ammunition, et al Restriction     ☐ Gambling; ☐ to include treatment
☒ DNA Sample     ☐ Home Detention Condition - ___ months*
☒ Controlled Substances Restriction     ☐ Immigration
☐ Alcohol Abstinence     ☒ Mental Health; ☐ to include treatment
☐ Anger Management     ☐ No contact with Victim
☐ Community Confinement - ___ months     ☐ Restitution
☐ Community Service - ___ hours     ☒ Search & Seizure
☐ Computer Restriction     ☐ Sex Offender - Paragraphs ___
☐ Curfew - ___ months*     ☐ Sober Living
☐ Domestic Violence Program     ☒ Substance Abuse Treatment & Testing
☒ Drug Testing   ☐ Drug Testing Suspended     ☐ Workforce Development
☐ Financial     *Entire cost of the electronic monitoring shall be paid by: ☐ Prob ☐ Deft

☒ Defendant advised of right to appeal     Court recommends to BOP:
☐ Appeal affidavit required
    ☐ Designate a facility located in or near: _____
    ☐ Maximum Security Facility where Incoming and Outgoing Mail is monitored
    ☐ Residential Drug Abuse Treatment ☐ Mental/Medical Evaluation
    ☐ Most comprehensive substance abuse treatment available
    ☐ Other: _____

☐ Deft to self surrender to designated institution by 2:00 p.m. on: _____, U.S.M. to advise of institution; ☐ Findings made
☒ Remaining counts ordered dismissed: Counts 2-5 of the Indictment as to Defendant Sawyer.
☐ Defendant remanded to custody of U.S. Marshal
**Additional Minutes:** ** Court orders #43 of PSI be amended as noted on the record.