IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 21-CR-356-CVE |
| | ) | |
| William Colby Cox and Laura Kay Sawyer | ) | |
| | ) | |
| Defendant. | ) | |

DECLARATION OF PUBLICATION

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on June 04, 2022 and ending on July 03, 2022. (See, Attachment 1).

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 05, 2022 at Tulsa, OK.

/s/ Janna Tomah
Janna Tomah
Data Analyst

Exhibit "A"